FILED IN CHARLESTON
U.S. BANKRUPTCY COURT

JUL 7 2010

SOUTHERN DISTRICT
WEST VIRGINIA

Peter Paul Mitrano
No. 72996-083
FCI Beckley Camp
P.O. Box 350
Beaver, West Virginia 25813

July 5, 2010

Clerk of the Bankruptcy Court
Room 3200
300 Virginia Street East
Charleston, West Virginia 25301

Re: Case Number 2:10-bk-20476

Dear Clerk:

Reference is to the Meeting of Creditors scheduled for July 21, 2010 at 8:30 A.M. Please note that I am presently in Federal prison at FCI Beckley Camp.

I have discussed this matter with my case manager here at Federal prison, Ms. Smith, who states she can be reached by telephone at (304) 252-9758. Ms. Smith indicated that I may be available by telephone for said Meeting of Creditors, provided that the case is called at the beginning of the docket. Ms. Smith advised the undersigned that the Court should call or contact Ms. Smith to make appropriate arrangements for the undersigned to be available by telephone on July 21, 2010.

If you are willing to contact Ms. Smith, I shall appreciate your efforts.

Sincerely yours,

Peter P. Mitrano
Peter Paul Mitrano

Case Number 2:10–bk–20476

# UNITED STATES BANKRUPTCY COURT
## DISTRICT of Southern District of West Virginia

# Notice of Chapter 13 Bankruptcy Case, Meeting of Creditors, & Deadlines
The debtor(s) listed below filed a chapter 13 bankruptcy case on 5/10/10.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

## See Reverse Side For Important Explanations

| | |
|---|---|
| Debtor(s) (name(s)) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):<br>**Peter Paul Mitrano**<br>FCI Beckley Camp No. 72996–083<br>P.O. Box 350<br>Beaver, WV 25813 | |
| Case Number:<br>2:10–bk–20476 | Social Security/Individual Taxpayer ID/Employer ID:<br>023–42–2157 |
| Attorney for Debtor(s) (name and address):<br>Peter Paul Mitrano<br>FCI Beckley Camp No. 72996–083<br>P.O. Box 350<br>Beaver, WV 25813<br>Telephone number: | Bankruptcy Trustee (name and address):<br>Helen M. Morris<br>P. O. Box 8535<br>South Charleston, WV 25303<br>Telephone number: (304) 744–6730 |

**If this case was filed electronically, the attorney for the debtor(s) must bring the petition containing the actual signatures of the debtor(s) to the meeting of creditors. Individual debtor(s) must bring a photo I.D. and proof of their Social Security number to the meeting of creditors.**

## Meeting of Creditors
Date: **July 21, 2010**                                    Time: **08:30 AM**
Location: **Office of the U. S. Trustee, Room 2009 Robert C. Byrd Courthouse, 300 Virginia Street East, Charleston, WV 25301**

Notice to handicapped individuals: Handicapped access to the Robert C. Byrd U. S. Courthouse is located on the Virginia Street (south ) side of the building, with the visitor entrance located in the middle of the C harleston facility. Handicapped ramps and automatic doors are located at the ma in entrance. Elevators are available to transport you to all floors within the building. If you are unfamiliar with Charleston and need assistance in accessin g this area, feel free to call the Clerk's Office at 304–347–3003.

## Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

### Deadline to File a Proof of Claim:
For all creditors (except a governmental unit): **10/19/10**          For a governmental unit [except as otherwise provided in Fed. R.
                                                                                          Bankr. P.3002(c)(1)]:180 days after date of Order of Relief
### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

### Deadline to File a Complaint to Determine Dischargeability of Certain Debts: 9/20/10

### Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.
### Deadline to Object to Confirmation:
7/28/10

## Filing of Plan, Hearing on Confirmation of Plan
The debtor has filed a plan. The plan or a summary of the plan is enclosed. The hearing on confirmation will be held:
Date: **8/18/10** , Time: **10:00 AM** , Location: **Bankruptcy Courtroom A, 6400 Robert C. Byrd U.S. Courthouse, 300 Virginia Street East, Charleston, WV**

## Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor, the debtor's property, and certain codebtors. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

| | |
|---|---|
| Address of the Bankruptcy Clerk's Office:<br>300 Virginia Street East, Room 3200<br>Charleston, WV 25301<br>Telephone number: 304–347–3003 | For the Court:<br>Clerk of the Bankruptcy Court:<br>M. Jo Proops |