UNITED STATES BANKRUPTCY COURT
FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA

**In re: Peter Paul Mitrano**  Bankruptcy #10-20476
  Debtor(s),
_____  Chapter 13

**JPMorgan Chase Bank, National Association**
  Movant,
 Vs,

**Peter Paul Mitrano, Debtor(s)**
**UNITED STATES TRUSTEE, U.S. Trustee**
  Respondent(s)

## OBJECTION TO PLAN

AND now, comes **JPMorgan Chase Bank, National Association** ("Creditor") a secured creditor in the above-referenced Bankruptcy case, by and through its counsel, Daniel J. Mancini and files this Objection to the Debtors' Plan dated June 15, 2010.

Creditor filed a Proof of Claim listing the pre-petition arrearage owed to it by the Debtors in the amount of $53,205.87. Creditor's Proof of Claim is attached and made part of this Objection.

Debtors' Plan does not list Creditor. Accordingly, Debtors' proposed Plan should be amended to state the correct pre-petition arrearage amount owed to Creditor in the amount of $53,205.87 and list **JPMorgan Chase Bank, National Association** as a secured creditor.

WHEREFORE, Creditor objects to the approval of the Debtors' Plan as proposed and prays that the Amended Plan not be confirmed and/or that it be amended or modified appropriately prior to the confirmation hearing.

Respectfully Submitted,

/s/ Daniel J. Mancini, Esq.
Daniel J. Mancini, Esquire, WV ID 11168
201A Fairview Drive
Monaca, PA 15061
(724) 728-4233
amanda@attorneydanielmancini.com
*Counsel for JPMorgan Chase Bank, National Association.*