To: Clerk

FILED IN CHARLESTON
U.S. BANKRUPTCY COURT
DEC 0 6 2010
SOUTHERN DISTRICT
WEST VIRGINIA

Prison Mail Box Rule

I elect to apply the prison mail box rule and certify that the attached was placed in the prison mail box on December 2, 2010. Please deemed the attached Filed on December 2, 2010.

Peter P. Mitrano

Due to lack of copy cards available to Federal prisoners, no copy of this document was mailed to others.