UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

In re                                                  Case No. 10-20476

PETER PAUL MITRANO,                                    Chapter 13

    Debtor(s).                                     Adjustment of Debts

ORDER CONTINUING HEARING ON CONFIRMATION
AND MOTION OF JPMORGAN CHASE BANK TO LIFT STAY

At Charleston, on the 19th day of January, 2011.

Appearances:    Susan Cannon-Ryan, Counsel for Chapter 13 Trustee
Daniel Mancini, Counsel for JPMorgan Chase Bank
(Appeared By Phone)
Gary Call, Internal Revenue Service and the
United States of America

On this day came the parties for a hearing on confirmation of the Debtor's Amended Chapter 13 Plan filed on 12/6/2010 and the objections thereto filed by JPMorgan Chase Bank, IRS and The United States of America, and for a final hearing on the motion of JPMorgan Chase Bank to lift automatic stay upon 4912 Oakhurst Drive, Fairfax, VA 2030 and the response thereto by the Trustee Helen M. Morris. The Pro Se Debtor, currently incarcerated at the Beckley Federal Correctional Institution, could not be reached by phone after several attempts made by the Court. After discussion, the Court finds it necessary to continue the matters for sixty (60) days. It is hereby

ORDERED that the bankruptcy case administrator is to contact the case manager of Pro Se Debtor, Peter Paul Mitrano, at the Beckley Federal Correctional Institution to make arrangements for Pro Se Debtor's appearance at a continued



hearing on the above matters. It is further

ORDERED that a continued hearing shall be held at <u>10:00 a.m. on March 30, 2011</u> in Bankruptcy Courtroom A, Room 6400, Robert C. Byrd U.S. Courthouse, 300 Virginia Street, Charleston, West Virginia on confirmation of the Debtor's Amended Chapter 13 Plan and the motion of JPMorgan Chase Bank to lift automatic stay upon 4912 Oakcrest Drive, Fairfax, VA 22030. It is further

ORDERED that the Pro Se Debtor, Peter Paul Mitrano, be served with a copy of a transcript of this hearing, which was ordered by the Court.

ENTERED: **JAN 27 2011**

RONALD G. PEARSON, JUDGE

dlp