dee                                                                            ___ Evidentiary Hearing

___ Trial

# UNITED STATES BANKRUPTCY COURT
Southern District of West Virginia

BENCH MEMO FORM

In Re: Peter Paul Mitrano
       Debtor                             Bankruptcy Proceeding No.: 2:10–bk–20476
Chapter: 13
Judge: Ronald G. Pearson

Courtroom Deputy:_____       Court Reporter:_____

**Time:** 10:00 AM  **Date:** 3/30/11
**Place:** Bankruptcy Courtroom A, 6400 Robert C. Byrd U.S. Courthouse, 300 Virginia Street East, Charleston, WV

**Event:**
[80] Amended Motion by JPMorgan Chase Bank, National Association to Lift Automatic Stay upon 4912 Oakcrest Drive Fairfax, VA 22030;
[84] Trustee's Response Thereto;
[85] Debtor's Response Thereto; and the
[94] Amended Chapter 13 Plan filed by Debtor Peter Paul Mitrano;
[97] Objection Thereto by JPMorgan Chase Bank, National Association;
[105] Objection Thereto by Internal Revenue Service;
[106] Objection Thereto by Interested Party United States of America.

**Appearances:** Helen M. Morris, Trustee
               Peter Paul Mitrano, Debtor's Counsel
               Daniel Mancini, JPMorgan
               Gary Call, IRS and USA

_____

Dated: 1/27/11