UNITED STATES BANKRUPTCY COURT
FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| In re: Peter Paul Mitrano<br>Debtor(s),<br>_____<br>**JPMorgan Chase Bank, National Association**<br>Movant,<br>Vs,<br><br>**Peter Paul Mitrano, Debtor(s)**<br>**UNITED STATES TRUSTEE, U.S. Trustee**<br>Respondent(s) | Bankruptcy #10-20476<br><br>Chapter 13<br><br>Related to Document No. 80, 89, & 119 |

# MOTION TO CONTINUE

COMES NOW Daniel J. Mancini, Counsel for **JPMorgan Chase Bank, National Association ("Creditor"),** and moves this Honorable Court to continue the final hearing scheduled for March 30, 2010 at 10:00 am concerning **JPMorgan Chase Bank, National Association** Motion for Relief from the Automatic Stay and Objection to the Confirmation of Plan. In support thereof set forth the following:

THAT there is an ongoing adversary proceeding and I believe it is appropriate that this issue be decided through the outcome of the adversary.

WHEREFORE, the Counsel for **JPMorgan Chase Bank, National Association** respectfully requests that this hearing schedule for March 30, 2011 to be continued to the next available date on the June 2011 Court calendar.

                                                                                    **JPMorgan Chase Bank,**
                                                                                   **National Association**
                                                                                    By Counsel

Respectfully submitted,
/s/ Daniel J. Mancini, Esq._____
Mancini & Associates
Daniel J. Mancini, Esquire, WV ID 11168
201A Fairview Drive
Monaca, PA 15061
mancinilawfirm@attorneydanielmancini.com
(724) 728-4233