UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

In re

PETER PAUL MITRANO

Case No. 10-20476
Chapter 13
Adjustment of Debts

Debtor(s)

ORDER DENYING CONFIRMATION OF AMENDED CHAPTER 13 PLAN
DIRECTING DEBTOR TO FILE AMENDED PLAN

In Charleston, on this the 30th day of March 2011.

Appearances: Pro Se Debtor, Peter Paul Mitrano (by telephone)
Susan Cannon-Ryan, Counsel for Chapter 13 Trustee

On this day came the parties for a hearing on confirmation of the Debtor's Amended Chapter 13 Plan and the Objections thereto filed by JPMorgan Chase Bank, National Association, Internal Revenue Service and United States of America. Upon review and discussion, the Court determined that confirmation of the current plan should be denied and that the Debtor shall file an Amended Plan within forty-five (45) days from this hearing. Accordingly, it is

**ORDERED** that confirmation of the Debtor's Amended Chapter 13 Plan is hereby denied and the Debtor is hereby directed to file an Amended Chapter 13 Plan on or before **May 16, 2011**. Failure to timely file an Amended Chapter 13 Plan may result in dismissal of this case.

ENTERED: APR 22 2011

RONALD G. PEARSON, JUDGE

DLP

O:\BK\FORMS\CH.13\DENY CNF NEED AMD PLN

