UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

In re                                           Case No. 10-20476

PETER PAUL MITRANO,                             Chapter 13

    Debtor.                                 Adjustment of Debts

## ORDER DENYING MOTION FOR STAY PENDING APPEAL

    On June 13, 2011, this Court entered an Order transferring the above case to the United States Bankruptcy Court for the Eastern District of Virginia. The Debtor filed a motion to stay the transfer of the case pending the outcome of an appeal to the United States District Court for the Southern District of West Virginia and filed a Notice of Appeal, on June 22 and June 23, respectively. The Court having determined that the motion to stay transfer of the case should be denied, it is accordingly

    ORDERED that the motion of the Debtor for a stay pending appeal of the Order transferring this case to the United States Bankruptcy Court for the Eastern District of Virginia is hereby denied.

    The Clerk is hereby directed to transmit copies of this Order to the United States District Court for the Southern District of West Virginia and to the United States Bankruptcy Court for the Eastern District of Virginia.

ENTERED:   JUN 30 2011

                                                      RONALD G. PEARSON, JUDGE